UNITED STATES
BANKRUPTCY COURT
Southern District of New York
One Bowling Green Division

# 00185178 - KS
November 24, 2010

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| FORFEIT | 04-16340 | | 4.36 CK |

TOTAL → 4.36

DOC 85

# PROPOSED DISTRIBUTION

Case Number: 04-10360   SMB  
Debtor Name: AHG REALTY HOLDINGS, LLC  
Page 1  
Date: November 5, 2010

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $34,057.08 |
| Beginning Balance | | | | | | | | $34,057.08 |
| | IAN J. GAZES, TRUSTEE (SDNY) EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $34,057.08 |
| | IAN J. GAZES, TRUSTEE (SDNY) PRIOR CHAPTER COMPENSATION | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $34,057.08 |
| | IAN J. GAZES, TRUSTEE (SDNY) PRIOR CHAPTER EXPENSES | Admin | | $0.00 | $0.00 | $0.00 | $0.00 | $34,057.08 |
| | Ian J. Gazes, Esq. | Admin | 001 | $49,508.00 Percent Paid: 43.86008 % | $0.00 | $49,508.00 | $21,714.25 | $12,342.83 |
| | OFFICE OF THE UNITED STATES TRUSTEE | Admin | 001 | $2,500.00 Percent Paid: 100.00000 % | $0.00 | $2,500.00 | $2,500.00 | $9,842.83 |
| | Ian J. Gazes, Esq. | Admin | 001 | $864.01 Percent Paid: 49.86053 % | $0.00 | $864.01 | $430.80 | $9,412.03 |
| | Barbee & Associates, Inc. | Admin | 001 | $8,858.00 Percent Paid: 39.51231 % | $0.00 | $8,858.00 | $3,500.00 | $5,912.03 |
| | Barbee & Associates, Inc. | Admin | 001 | $225.00 Percent Paid: 50.21778 % | $0.00 | $225.00 | $112.99 | $5,799.04 |
| | IAN J, GAZES, TRUSTEE | Admin | 001 | $4,169.09 Percent Paid: 50.21983 % | $0.00 | $4,169.09 | $2,093.71 | $3,705.33 |
| | RACHLIN LLP | Admin | 001 | $1,663.00 Percent Paid: 42.09260 % | $0.00 | $1,663.00 | $700.00 | $3,005.33 |
| | UNITED STATES BANKRUPTCY COURT | Admin | 001 | $500.00 Percent Paid: 100.00000 % | $0.00 | $500.00 | $500.00 | $2,505.33 |
| 000001A | DGA SECURITY | Unsec | 070 | $11,651.12 Percent Paid: 1.63263 % | $0.00 | $11,651.12 | $190.22 | $2,315.11 |
| 000001B | DGA SECURITY | Unsec | 070 | $8,304.00 Percent Paid: 1.63259 % | $0.00 | $8,304.00 | $135.57 | $2,179.54 |
| 000004 | OTIS ELEVATOR COMPANY | Unsec | 070 | $1,782.95 Percent Paid: 1.63269 % | $0.00 | $1,782.95 | $29.11 | $2,150.43 |
| 000006 | WASTE MANAGEMENT OF NEW YORK | Unsec | 070 | $267.00 Percent Paid: 1.63296 % | $0.00 | $267.00 | $4.36 | $2,146.07 |
| 000007 | J&F QUALITY CONTRACTING INC. | Unsec | 070 | $131,451.15 Percent Paid: 1.63260 % | $0.00 | $131,451.15 | $2,146.07 | $0.00 |

# DOCUMENT 85

PROPDISA  
Printed: 11/05/10 01:57 PM   Ver: 16.00a